STEVEN AMES BROWN, 83363
  69 Grand View Avenue
  San Francisco, CA 94114-2741
  415/647-7700 Tele
  415/285-3048 Fax
  sabrown@entertainmentlaw.com
*Attorney for Plaintiffs*

MAYER BROWN LLP
NEIL M. SOLTMAN (SBN 67617)
  *nsoltman@mayerbrown.com*
  350 South Grand Avenue, 25th Floor
  Los Angeles, California  90071-1503
  Telephone:  (213) 229-9500
  Facsimile:  (213) 625-0248
SAMANTHA C. BOOTH (SBN 298852)
  *sbooth@mayerbrown.com*
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112
  Telephone:  (312) 701-8327
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POSITIVE RESOURCE CENTER, PROJECT OPEN HAND,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIDISC MUSIC INC.,<br><br>Defendant. | Case No. 3:17-CV-06985-EDL<br><br>**JOINT STIPULATION AND NOTICE OF DISMISSAL**<br><br>Hon. Elizabeth D. LaPorte<br><br>Complaint filed:  December 7, 2017 |

730048357.1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Positive Resource Center and Project Open Hand, and defendant Unidisc Music Inc., representing all parties that appeared in this action, hereby stipulate to dismissal of this action with prejudice.[1]

Dated: October 31, 2018                MAYER BROWN LLP


By: *s/ Neil M. Soltman*
      Neil M. Soltman

Attorneys for Defendant
UNIDISC MUSIC INC.

Pursuant to Civil L.R. 5-1(i)(3), I Steven Ames Brown, attest that I obtained concurrence in the filing of this document from the following signatories.

Dated:  October 31, 2018               STEVEN AMES BROWN

By:  /S/ Steven Ames Brown
      Steven Ames Brown

Attorney for Plaintiffs
POSITIVE RESOURCE CENTER and
PROJECT OPEN HAND

---

[1] The dismissal is effective upon filing.  See Fed R. Civ. P. 41(a)(1)(A)(ii); *Garber v. Chicago Mercantile Exch.*, 570 F.3d 1361, 1366 (Fed. Cir. 2009); *McCall-Bey v. Franzen*, 777 F.2d 1178, 1185 (7th Cir. 1985)